IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**SHARLETT CRAIG**                                                                      **PLAINTIFF**

**VS.**                                      **NO. 4-05-CV791 JMM**

**GUS WINGFIELD, individually and
in his official capacity as TREASURER
OF THE STATE OF ARKANSAS, JOHN
DOES 1-10, and the STATE OF ARKANSAS**                                **DEFENDANTS**

## ORDER GRANTING DISMISSAL

Plaintiff's unopposed motion for voluntary dismissal without prejudice is granted.  (#56)

IT IS SO ORDERED this   4   day of May, 2007.

_____
James M. Moody
United States District Judge